_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
May 04, 2018

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

| IN RE: | CASE NO. 18-50379-btb |
|---|---|
| LOU FASCIO, INC., | (Chapter 11) |
| | ORDER APPROVING EX PARTE APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS UNDER A GENERAL RETAINER |
| Debtor. | [HARRIS LAW PRACTICE LLC] |
| _____/ | Hrg. Date: N/A  Hrg. Time: N/A |

Pursuant to the EX PARTE APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS UNDER A GENERAL RETAINER [HARRIS LAW PRACTICE LLC] [Docket No. 8], filed herein on April 23, 2018, by LOU FASCIO, INC. (hereinafter "Debtor"), Debtor and Debtor-in-Possession herein, requesting authorization to employ attorneys, STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, to act as its

1

general bankruptcy counsel, and the DECLARATION OF PROPOSED ATTORNEY TO BE EMPLOYED UNDER GENERAL RETAINER [HARRIS LAW PRACTICE LLC] sworn to on April 23, 2018 [Docket No. 9]; and good cause appearing:

**IT IS HEREBY ORDERED** that Debtor is authorized to employ and retain HARRIS LAW PRACTICE, ESQ., and the law firm of HARRIS LAW PRACTICE LLC, pursuant to and under a general retainer on the terms and conditions recited in the Application, to represent it in this Chapter 11 case *nunc pro tunc* to April 10, 2018, and for such other and further relief as the Court deems just under the circumstances.

Submitted by:

HARRIS LAW PRACTICE LLC

/s/ Stephen R. Harris

_____
STEPHEN R. HARRIS, ESQ.
Proposed Attorneys for Debtor


Approved by:

OFFICE OF THE U.S. TRUSTEE


/s/ Jared A. Day

_____
JARED A. DAY, ESQ.


### #