1 STEPHEN R. HARRIS, ESQ.
2 Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
3 6151 Lakeside Drive, Suite 2100
Reno, NV 89511
4 Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
5 Attorneys for Debtor

6

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE:<br><br>LOU FASIO, INC.<br><br>                    Debtor.<br>_____/ | Case No.: BK-18-50379-btb<br>(Chapter 11)<br><br>**EX PARTE APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ACCOUNTANTS PURSUANT 11 U.S.C. §327(a) [J.A. SOLARI & PARTNERS LLC]**<br><br>DATE: N/A<br>TIME: N/A |

       LOU FASCIO, INC., a Nevada corporation (hereinafter "Debtor"), by and through its attorney, STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, hereby files its EX PARTE APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ACCOUNTANTS PURSUANT TO 11 U.S.C. §327(a) [J.A. SOLARI & PARTNERS LLC], and states and alleges as follows:

       1.     Debtor filed a Voluntary Petition for Chapter 11 Reorganization relief on April 10, 2018. No Trustee has been appointed and Debtor acts as Debtor-In- Possession herein.

       2.     Debtor is in the business of conducting trade shows in the Northern Nevada area.

       3.     An Order authorizing the employment of Harris law Practice LLC as Debtor's general bankruptcy counsel was entered on May 4, 2018 as Docket No. 10.

       4.     J.A. SOLARI & PARTNERS LLC ("JA") served as the Debtor's pre-petition

accountants and no monies are owing as of the Petition date. Debtor does not have an in-house financial controller or accounting staff. JA has fulfilled the roles of primary accountants for the Debtor by providing all regular ongoing financial reporting services for the Debtor, in addition to payroll and tax preparation services. Debtor requires the appointment of an accountant to continue to provide the accounting services necessary to prepare and maintain Debtor's monthly financial statements including payroll, prepare and file monthly operating reports, and any state or federal property and income tax returns.

5. The appointment of J.A. SOLARI & PARTNERS LLC as accountants for the Debtor is in the best interest of the Debtor's estate, as said accountants are already familiar with the Debtor's financial processes, books and records.

6. The consideration agreed to be paid to J.A. SOLARI & PARTNERS LLC, subject to the approval of the United States Bankruptcy Court, is specified in the parties' engagement letters.

7. J.A. SOLARI & PARTNERS LLC has indicated its willingness to act on behalf of the Debtor and to be compensated in accordance with the terms and conditions set forth in the parties' engagement letter attached hereto. To the best of the Debtor's knowledge, J.A. SOLARI & PARTNERS LLC does not have any connection to the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, other than JA's pre-petition accounting representation of the Debtor and submitted tax returns for the Debtor's shareholder, aside from the Debtor's general bankruptcy counsel representing Mr. Frank Duke Kelley (an employee CPA with JA) in an unrelated bankruptcy proceeding. JA is owed $0 as of the Petition Date.

8. J.A. SOLARI & PARTNERS LLC represents no interest adverse to the estate in the matters upon which it is to be retained. J.A. SOLARI & PARTNERS LLC acted as the Debtor's accountants pre-petition and its experience will provide the most cost effective means to provide the Debtor with the necessary accounting services. JA has assisted the Debtor since the Petition Date, and Debtor would seek to employ said accountants *nunc pro tunc* to the Petition Date. Accounting services rendered by JA on behalf of the Debtor will be billed at an hourly rate,

1  and JA will be required to first seek authorization from the Court before obtaining payment of
2  those accounting fees and costs.
3      WHEREFORE, Debtor requests the entry of an order, as follows:
4      1.    Authorizing Debtor to employ and retain J.A. SOLARI & PARTNERS LLC as
5  Debtor's accountants, *nunc pro tunc* to the Petition date, pursuant to the terms and conditions
6  recited above to provide the necessary accounting services to the Debtor; and
7      2.    For such other and further relief as the Court deems just under the circumstances.
8  Dated this ____ day of May, 2018.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

_____
Attorneys for Debtor

# EXHIBIT "A"

Harris Law Practice LLC
6151 Lakeside Drive
Suite 2100
Reno, Nevada 89511
(775) 786 7600

4



May 4, 2018

Louis Fascio
Lou Fascio Inc.
Reno, NV 89510

This letter is to confirm our understanding of the terms, objectives, and the nature and limitations of the services we will provide. We will perform the following services:

1) Monthly bookkeeping services: includes, but not limited to:

    - reconcile bank accounts each month, record depreciation; review and reconcile payroll records, payroll tax deposits; record adjusting entries as needed each month.

2) Preparation of quarterly payroll returns for Federal and State

3) Preparation of financial statements for fiscal year end December 31, 2017.

    - Comprised of the annual statement of assets, liabilities, and equity; statement of revenues and expenses; and the statement of change in stockholder's equity; and related notes
    - Perform a compilation with respect to the financial statements

4) Prepare Form 1120, U.S. Corporation Income Tax Return for 2017

### 2018 Rates

| | |
|---|---|
| Marcy West | $ 90.00 per hour |
| Janna Rager | $ 155.00 per hour |
| Duke Kelley | $ 280.00 per hour |

Sincerely,

John A. Solari